UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

DEBORAH DOEL HAMMOND, Ed.D.,

    Plaintiff,

v.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC, a Delaware limited liability corporation,

    Defendant.

_____

**MOTION FOR LEAVE TO FILE UNREDACTED VERSION OF COMPLAINT AND JURY DEMAND UNDER SEAL PURSUANT TO F.R.C.P. 5.2(f)**
_____

    Plaintiff Deborah Doel-Hammond, Ed.D. ("Plaintiff" or "Dr. Doel-Hammond"), by and through her undersigned counsel, Clayton E. Wire and Emily R. Fiscus of Ogborn Mihm, LLP, files the present Motion to File Unredacted Version of Complaint and Jury Demand Under Seal Pursuant to F.R.C.P. 5.2(f).

1. Federal Rules of Civil Procedure 5.2(f) provides that "a person making a redacted filing may also file an unreadacted copy under seal."

2. Absent a court order, the public shall have access to all documents filed with the court. D.C.COLO.LCivR 7.2(a).  However, D.C.COLO.LCivR 7.2(c) provides the process by which a party may file a motion to restrict public access.

3. In an abundance of caution, and out of respect for the potential interests of Defendant Alliance for Sustainable Energy, LLC ("Alliance"), Plaintiff requests this court permit the filing of an unredacted version of the Complaint and Jury Demand in the above

1

captioned matter under seal. The Complaint and Jury Demand contains descriptions of communications between the Plaintiff and an in-house attorney for Defendant.  Plaintiff contends that such communications are not privileged, or that any applicable privilege is either waived or inapplicable in this matter.  However, in the event that Alliance wishes to assert any privilege regarding the content of communications or statements made by or to members of Alliance's Office of General Counsel, as pled in the Complaint and Jury Demand, Plaintiff wishes to protect such communications from public disclosure initially to preserve Defendant's ability to make such an argument.  By making this request, Plaintiff does not admit that any privilege does in fact apply, and expressly retains any argument that a privilege does not apply.  However, a party that suffers a disclosure of privileged communications may suffer injury, in that the "bell cannot be unrung" if privileged statements are viewed by the public. Consequently, out of an abundance of caution, Plaintiff seeks to protect any interests that Defendant may assert in the confidentiality of such statements.  Plaintiff files both a redacted and unredacted Complaint and Jury Demand, seeking only a seal on the unredacted version, to accomplish the presumption of public access, while concurrently filing an unredacted copy under seal, pursuant to F.R.C.P 5.2(f).

WHEREFORE, Plaintiff Dr. Doel-Hammond respectfully requests permission to file an unredacted version of her Complaint and Jury Demand under seal, pursuant to F.R.C.P. 5.2(f), in order to protect any privilege that Defendant may believe to exist in regard to communications by or to its Office of General Counsel.

Respectfully submitted this 21st day of December, 2020.

OGBORN MIHM, LLP


*/s/ Clayton E. Wire*
Clayton E. Wire, #41717
Emily R. Fiscus, #49089
OGBORN MIHM, LLP
1700 Lincoln Street, Suite 2700
Denver, Colorado 80203
Phone: 303-592-5900
Fax:     303-592-5910
Clayton.wire@omtrial.com
Emily.fiscus@omtrial.com
*Attorneys for Plaintiff*