IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03730-DDD-STV

DEBORAH DOEL-HAMMOND, Ed.D.,

    Plaintiff,

v.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC, a Delaware limited liability company,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO RESTRICT (LEVEL1) ACCESS**

---

    THIS MATTER, coming before the Court on Defendant Alliance for Sustainable Energy, LLC's Unopposed Motion for Leave to Restrict (Level 1) Access to Exhibits K, L, O, R, S, T, and V to Defendant's Motion for Summary Judgment and being fully advised in the premises,

    IT IS HEREBY ORDERED that the Motion for Leave to Restrict Access is granted. The Clerk is hereby directed to place Defendant Alliance for Sustainable Energy's, LLC Submission of Exhibits K, L, O, R, S, T, and V (Dkt. 45-45-6) under Restriction Level 1 pursuant to D.C.COLO.LCivR 7.2, limiting access thereto to the Parties and the Court.

    DONE AND ORDERED this 31st day of May, 2022.

                                          BY THE COURT:

                                          s/Scott T. Varholak
                                          United States District Court Judge